21991. GRANT, by Guardian ad litem v. OAKEY.

ALMAND, Justice. The case under review is a condemnation action where after the condemnor had paid the amount into court, the parties here filed their respective claims to the proceeds. After a hearing before the court, without a jury, the proceeds were awarded to the defendants in error. The

724

sole question before the trial court and now under review was and is: Who was entitled to the proceeds of the award? The Court of Appeals and not this court has jurisdiction to review the judgment. See *Boswell v. Underwood,* 217 Ga. 675 (124 SE2d 394).

*Transferred to the Court of Appeals. All the Justices concur.*

SUBMITTED MARCH 12, 1963—DECIDED MARCH 12, 1963.

*Frank D. Schaffer,* for plaintiff in error.
*T. Blake Jackson,* contra.